(58 South. 352.)

No. 19,348.

HENNESSEY v. DEMOCRATIC EXECUTIVE PARISH COMMITTEE FOR PARISH OF ORLEANS.

In re HENNESSEY.

(March 25, 1912.)

Application of William J. Hennessey for writs of certiorari and mandamus to the Democratic Executive Parish Committee for the Parish of Orleans. Denied.

Caffery, Quintero, Gidiere & Brumby, Richardson & Soule, James Wilkinson, and P. F. Hennessey, for applicant. Walter L. Gleason, for W. T. Christy. J. C. Henriques, for Democratic Parish Committee for Parish of Orleans.

PROVOSTY, J. The present application is denied, for the reason that, if the relator is entitled to the relief prayed for, the proper court to grant such relief is the Court of Appeal, Parish of Orleans.